# EXHIBIT N



# Financial Considerations: Costs to Patients

Catherine Frenette, M.D.

Medical Director of Liver Transplantation

Scripps Clinic

La Jolla, CA



# Background

- Share 35 was instituted to save more lives

- Much discussion has centered around the costs to OPOs and Transplant Centers regarding shipping of organs

- Patient perspective and costs should also be taken into account when we are thinking about overall societal good

- 85% of patients with ESLD report that their disease significantly impacts their financial status

Axelrod, Curr Opin Transpl 2013



# Traveling for Organs

**BREAKING BIOETHICS** on **NBCNEWS.com**

**Does this fit The Final Rule??**
**Allocation of organs**
- "shall not be based on the candidate's place of residence or place of listing"
- "shall be designed to promote patient access to transplantation"





## Steve Jobs' Reported Liver Transplant Stirs Debate



# So How Many People Travel for Organs?

- In 2013, 1400 patients had their liver transplant done in a state that was not their primary residence

- 21.8% of all transplants were done out of resident's state
  - Discounting patients who are in states without a transplant center, 17.9% of patients still travelled out of state for a transplant

- 12.5% (807) of all transplants in 2013 were done out of resident's home region

Data courtesy of Ann Harper, UNOS 2013



# Where do people leave from?



Numbers=Median MELD of that region for 2013

Data courtesy of Ann Harper, UNOS 2013



# Where do people go to?



Numbers=Median MELD of that region for 2013

Data courtesy of Ann Harper, UNOS 2013



# So what is the patient cost?

- For any transplant anywhere:
  - Direct
    - Insurance copays/deductibles
    - Transportation to/from transplant center for care and appointments
    - Child care
    - Medications
  - Indirect
    - Lost wages for patient and caregiver
- For traveling for an organ:
  - Transportation for patient and caregiver
  - Lodging
  - Meals
  - Potentially paying for re-eval depending on insurance

Axelrod, Curr Opin Transpl 2013
Rodrigue et al, Transplantation 2007



# Cost of Traveling for an Organ

- Average domestic airfare: $384.35 (x2)
- Average hotel room $137 per night
- Average car rental price $65 per day
- Average daily food for caregiver $46.39

- So if the patient and caregiver are there for 6 weeks before and 6 weeks after transplant average cost is $11,386.64
- For the 1400 patients that traveled in 2013 it cost patients and families $16 million

US Travel and Tourism Board



# How do patients pay?

**TABLE 4.** Resources used by patients to pay for uncovered medical expenses

|  | Total | Liver transplant |
|---|---|---|
| N | 651 | 333 |
| Personal or family savings | 351 (53.9) | 191 (57.4) |
| Credit cards | 163 (25.0) | 78 (23.5) |
| Personal loan from friend or family member | 87 (13.4) | 54 (16.2) |
| Retirement funds | 83 (12.7) | 52 (15.6) |
| Investment account (other than retirement) | 81 (12.4) | 51 (15.3) |
| Second mortgage or equity line of credit | 60 (9.2) | 35 (10.5) |
| Local charity funds | 46 (7.1) | 31 (9.3) |
| Personal bank loan | 45 (6.9) | 21 (6.3) |
| Community campaign funds | 42 (6.5) | 31 (9.3) |
| Transplant organization funds | 38 (5.8) | 15 (4.5) |
| Family member got second job | 38 (5.8) | 26 (7.8) |
| Declared bankruptcy | 33 (5.1) | 26 (7.8) |
| Children's savings account | 16 (2.5) | 8 (2.4) |

Rodrigue et al, Transplantation 2007



# Conclusions

- End stage liver disease is expensive, and many patients have financial difficulties because of their disease

- 1 in 5 patients travel to get an organ, and this is associated with significant costs

- The ability to travel for an organ is certainly not universal; does this make getting a liver transplant more likely when someone is wealthy?