IH-32  Rev: 2014-1

# United States District Court
for the
# Southern District of New York
## Related Case Statement

### Full Caption of Later Filed Case:

WILNELIA CRUZ; SUSAN JACKSON; DEBORAH MCNEILL; ROBERT NOURSE; LUIS TORRES; and MARILYN WALTO

| Plaintiff | Case Number |
|---|---|
| vs. | 18-cv-6371 |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; ORGAN PROCUREMENT AND TRANSPLANTATION NETWORK; and UNITED NETWORK FOR ORGAN SHARING | |
| Defendant | |

### Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

MIRIAM HOLMAN

| Plaintiff | Case Number |
|---|---|
| vs. | 17-cv-09041-LTS |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES | |
| Defendant | |

IH-32 Rev: 2014-1

Status of Earlier Filed Case:

✔ Closed  (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☐ Open  (If so, set forth procedural status and summarize any court rulings.)

NOTICE OF VOLUNTARY DISMISSAL Pursuant to Rule 41(a)(1)(A)(i)

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

The newly filed case seeks to challenge Defendants' deceased doner liver allocation policy as being in violation of the National Organ Transplant Act. The earlier filed case challenged Defendant's deceased donor lung allocation policy on the same grounds and ultimately resulted in the lung policy being changed.

Signature: _____  Date: July 13, 2018

Firm: Boies Schiller Flexner LLP
333 Main St. Armonk, NY 10504