# EXHIBIT I

# OPTN/UNOS Policy Notice
## *Enhancing Liver Distribution*

**Sponsoring Committee:**      **Liver and Intestinal Organ Transplantation**
**Policy/Bylaws Affected:**      **Policies 1.2 (Definitions), 5.4.B (Order of Allocation), 9.1.D (MELD 1 Score), 9.8 (Liver Allocation, Classifications, and Rankings), and 9.11 (Variances)**
**Public Comment:**      **July 31, 2017 – October 2, 2017**
**Effective Date:**      **Upon implementation and notice to members**

## Problem Statement

The OPTN Final Rule stipulates that OPTN allocation policies must, among other factors, be based on sound medical judgment, seek to achieve the best use of donated organs, and should not be based on the candidate's place of residence or place of listing, except to the extent needed to satisfy other regulatory requirements. Livers are allocated to candidates based on their MELD or PELD score. The Liver and Intestinal Organ Transplantation Committee has observed, and research supports, that there is significant variation in the MELD or PELD score at transplant, depending on where the candidate was listed.

Regional and donation service area (DSA) boundaries determine current liver distribution. . This leads to a situation where a medically urgent candidate, who may be in close proximity of the donor, but outside of the defined region, has limited access to the donor organ.

## Summary of Changes

This proposal contains the following Policy changes:

1. The introduction of a 150-nautical mile radius proximity circle around the donor hospital. Circles may extend outside of the region and are used within the allocation classifications for liver and liver-intestine allocation.
2. Adult candidates who have a calculated MELD score of 32 or higher, as well as pediatric candidates younger than age 18 with a MELD or PELD score of 32 or higher, will be prioritized for organ offers.
3. Before the match run, liver candidates with a MELD or PELD of at least 15, and who are either within the same DSA as a liver donor or are within 150 nautical miles of the donor hospital but in a different DSA, will receive additional transplant priority (equivalent to 3 MELD or PELD points).
4. Livers from deceased donors who are 70 or older, or Donation after Cardiac Death (DCD) donors, will be in a separate allocation that gives priority to candidates in the DSA after allocating to Status 1 candidates in the region or circle.

For the purpose of calculating this additional transplant priority, MELD will not be capped at 40. For example, an adult candidate with a calculated  MELD (also known as the lab MELD) of 38 will receive a score of 41 for offers within the DSA or circle; one with a calculated MELD of 40 will receive a score of 43 for DSA or circle organ offers.

Current Policy provides adult candidates with early hepatic artery thrombosis a standard MELD exception score of 40, unless they meet specific additional criteria that make them eligible for status 1A. Within this proposal, these candidates are the only ones who will receive immediate prioritization within the region and circle based on an exception score as opposed to a calculated score. They will retain their exception score of 40 for this purpose.

## What Members Need to Do

**Transplant Hospitals**:

You need to prepare for the potential additional cost and coordination of transportation. Your program may be interacting with OPOs and donor hospitals outside of your DSA and region more frequently than you do under the current system.

**OPOs:**

You need to prepare for any additional cost and coordination of transportation. Your organization may be interacting with transplant programs outside of your DSA and region more frequently than you do under the current system.

## Affected Policy Language:

Proposed new language is underlined (underline) and language that is proposed for removal is struck through (example).

# 1.2 Definitions

### Allocation MELD or PELD Score

The highest exception or calculated MELD or PELD score available to the candidate according to Policy.

### Calculated MELD or PELD Score

The highest non-exception MELD or PELD score available to the candidate according to Policy.

### Circle

A geographic area used in the allocation of certain organs. For the allocation of deceased donor livers or liver-intestines, a circle is a 150 nautical mile radius around the donor hospital.

### Match MELD or PELD Score

The MELD or PELD score available to the candidate at the time of the match for a deceased donor liver or liver-intestine.

### Geographical Area

A physical area used to group potential transplant recipients in a classification. OPTN Policy uses the following geographical areas for organ allocation: *circle,* DSA, region, nation, and zones.

### 5.4.B       Order of Allocation

The process to allocate deceased donor organs occurs with these steps:

1. The match system eliminates candidates who cannot accept the deceased donor based on size or blood type.
2. The match system ranks candidates according to the allocation sequences in the organ allocation policies.
3. OPOs must first offer organs to potential recipients in the order that the potential recipients appear on a match run.
4. If no transplant program on the initial match run accepts the organ, the host OPO may give transplant programs the opportunity to update their candidates' data with the OPTN Contractor. The host OPO must re-execute the match run to allocate the organ.
5. If no transplant program within the DSA or through an approved regional sharing arrangement accepts the organ, the Organ Center will allocate an abdominal organ first regionally and then nationally, according to allocation Policies. The Organ Center will allocate thoracic organs according to *Policy 6: Allocation of Hearts and Heart-Lungs* and *Policy 10: Allocation of Lungs* the organ according to Policy.

6.  Members may export deceased donor organs to hospitals in foreign countries only after offering these organs to all potential recipients on the match run. Members must submit the *Organ Export Verification Form* to the OPTN Contractor prior to exporting deceased donor organs.

This policy does not apply to VCA transplants; instead, members must allocate VCAs according to *Policy 12.2: VCA Allocation.*

### 9.1.D    MELD Score

Candidates who are at least 12 years old receive an initial MELD$_{(i)}$ score equal to: *0.957 x Log$_e$(creatinine mg/dL) + 0. 378 x Log$_e$(bilirubin mg/dL) + 1.120 x Log (INR) + 0.643*

Laboratory values less than 1.0 will be set to 1.0 when calculating a candidate's MELD score.

The following candidates will receive a creatinine value of 4.0 mg/dL:

- Candidates with a creatinine value greater than 4.0 mg/dL
- Candidates who received two or more dialysis treatments within the prior 7 days
- Candidates who received 24 hours of continuous veno-venous hemodialysis (CVVHD) within the prior 7 days

The maximum MELD score is 40. The MELD score derived from this calculation will be rounded to the tenth decimal place and then multiplied by 10. At the time of allocation, the MELD score may go above 40 with the inclusion of proximity points to a candidate within the circle or OPO's DSA.

For candidates with an initial MELD score greater than 11, the MELD score is then re-calculated as follows:

MELD = MELD$_{(i)}$ + 1.32*(137-Na) – [0.033*MELD$_{(i)}$*(137-Na)]

Sodium values less than 125 mmol/L will be set to 125, and values greater than 137 mmol/L will be set to 137.

If a candidate's recalculated MELD score requires recertification within 7 days of implementation based on *Table 9-1: Liver Status Update Schedule*, the transplant hospital will have 7 days to update laboratory values. If after 7 days the laboratory values are not updated, the candidate will be re-assigned to the previous lower MELD score.

# 9.8   Liver Allocation, Classifications, and Rankings

~~Livers from pediatric deceased donors are first allocated to pediatric potential transplant recipients with respect to geographical proximity to donor and medical urgency, according to *Tables 9-7* and *9-8*.~~ Unless otherwise stated, all mentions of MELD or PELD in this section reference a candidate's match MELD or PELD score.

### 9.8.B    Allocation of Livers for Other Methods of Hepatic Support

A liver must be offered first for transplantation according to the match run before it is offered for use in other methods of hepatic support. If the liver is not accepted for transplant within 6 hours of attempted allocation by the OPTN Contractor, the OPTN Contractor will offer the liver for other methods of hepatic support, according to *Tables 9-4, 9-5, 9-6, 9-7, 9-8, and 9-9* below ~~to status 1A and 1B candidates, followed by all candidates in order of their MELD or PELD scores. Livers~~

allocated for other methods of hepatic support will be offered first locally, then regionally, and then nationally in descending point order.

## 9.8.C     Allocation of Livers by Blood Type

Livers from blood type O deceased donors may be offered to *any* of the following:

- Status 1A and 1B candidates.
- Blood type O candidates.
- Blood type B candidates with a MELD or PELD score ≥ greater than or equal to 30.
- Any remaining blood type compatible candidates once the blood type O and B candidates on the match run have been exhausted at the regional plus circle, and national level.

For status 1A or 1B candidates or candidates with an allocation MELD or PELD score ≥ greater than or equal to 30, transplant hospitals may specify on the waiting list if those candidates will accept a liver from a deceased donor of any blood type. Candidates are given points depending on their blood type according to *Policy 9.7.B: Points Assigned by Blood Type.*

## 9.8.D     MELD or PELD Points for Geographic Proximity to the Donor Hospital

At the time of the match run, a liver or liver-intestine candidate with a MELD or PELD score registered at a transplant hospital within the circle or OPO's DSA receives proximity points according to Table 9-3 below.

**Table 9-3: Proximity Points**

| Candidates that are: | And have : | Will receive: |
|---|---|---|
| At least 18 years old at the time of registration on the waiting list | A calculated MELD score of at least 15 | Three proximity points to their calculated MELD score |
| At least 18 years old at the time of registration on the waiting list | An approved HAT exception | Three proximity points to their allocation MELD score |
| 12 to 17 years old at the time of registration on the waiting list | An allocation MELD score of at least 15 | Three proximity points to their allocation MELD score |
| Less than 12 years old at the time of registration on the waiting list | An allocation PELD score of at least 15 | Three proximity points to their allocation PELD score |

## 9.8.DE     Sorting Within Each Classification

Within each status 1A allocation classification, candidates are sorted in the following order:

1. Total points, highest to lowest (waiting time points, plus blood type compatibility points) Total waiting time and blood type compatibility points (highest to lowest), according to *Policy 9.7: Liver Allocation Points*
2. Total waiting time at status 1A (highest to lowest)

Within each status 1B allocation classification, candidates are sorted in the following order:

1. Total points (highest to lowest) Total waiting time and blood type compatibility points (highest to lowest), according to *Policy 9.7: Liver Allocation Points*

2. Total waiting time at status 1B (highest to lowest)

Within each ~~allocation~~ MELD or PELD score allocation classification, candidates with ~~a score ≤ six~~ a MELD or PELD less than or equal to 6 are sorted in the following order:

1. ~~Identical blood types, compatible blood types, then incompatible blood types~~
2. ~~Total waiting time (highest to lowest)~~
3. ~~Then those waiting list positions assigned to candidates with a MELD or PELD score ≤ are redistributed between the pediatric candidates, according to their PELD or MELD score (highest to lowest).~~

1. First, all candidates are sorted in the following order:
   a. Identical blood types, compatible blood types, then incompatible blood types
   b. Waiting time at the current or higher allocation MELD or allocation PELD score (highest to lowest)
   c. Total waiting time (highest to lowest)
2. Then those waiting list positions assigned to candidates with a MELD or PELD score less than or equal to six are redistributed between the pediatric candidates, according to their PELD or MELD score (highest to lowest).

Within each allocation classification, all other candidates are sorted in the following order:

2. MELD or /PELD score (highest to lowest)
3. Identical blood types, compatible blood types, then incompatible blood types
4. Waiting time at the current or higher MELD or PELD score, excluding proximity points (highest to lowest)
5. Total waiting time (highest to lowest)~~.~~

## 9.8.~~EF~~   Allocation of Livers from Non-DCD Deceased Donors at Least 18 Years Old and Less than 70 years old

Livers from non-DCD deceased donors at least 18 years old and less than 70 years old are allocated to candidates according to *Table 9-3~~4~~* below.

**Table 9-3~~4~~: Allocation of Livers from Non-DCD Deceased Donors at Least 18 Years Old and Less than 70 Years Old**

| ~~Classification~~ | ~~Candidates that are within the:~~ | ~~And are:~~ |
|---|---|---|
| ~~1~~ | ~~OPO's region~~ | ~~Adult or pediatric status 1A~~ |
| ~~2~~ | ~~OPO's region~~ | ~~Pediatric status 1B~~ |
| ~~3~~ | ~~OPO's DSA~~ | ~~MELD/PELD of 40~~ |
| ~~4~~ | ~~OPO's region~~ | ~~MELD/PELD of 40~~ |
| ~~5~~ | ~~OPO's DSA~~ | ~~MELD/PELD of 39~~ |
| ~~6~~ | ~~OPO's region~~ | ~~MELD/PELD of 39~~ |
| ~~7~~ | ~~OPO's DSA~~ | ~~MELD/PELD of 38~~ |
| ~~8~~ | ~~OPO's region~~ | ~~MELD/PELD of 38~~ |
| ~~9~~ | ~~OPO's DSA~~ | ~~MELD/PELD of 37~~ |
| ~~10~~ | ~~OPO's region~~ | ~~MELD/PELD of 37~~ |

OPTN/UNOS Policy Notice

| Classification | Candidates that are within the: | And are: |
|:---:|---|---|
| 11 | OPO's DSA | MELD/PELD of 36 |
| 12 | OPO's region | MELD/PELD of 36 |
| 13 | OPO's DSA | MELD/PELD of 35 |
| 14 | OPO's region | MELD/PELD of 35 |
| 15 | OPO's DSA | MELD/PELD of at least 15 |
| 16 | OPO's region | MELD/PELD of at least 15 |
| 17 | Nation | Adult or Pediatric status 1A |
| 18 | Nation | Pediatric status 1B |
| 19 | Nation | MELD/PELD of at least 15 |
| 20 | OPO's DSA | MELD/PELD less than 15 |
| 21 | OPO's region | MELD/PELD less than 15 |
| 22 | Nation | MELD/PELD less than 15 |
| 23 | OPO's DSA | MELD/PELD at least 40 and compatible blood type |
| 24 | OPO's region | MELD/PELD at least 40 and compatible blood type |
| 25 | OPO's DSA | MELD/PELD of 39 and compatible blood type |
| 26 | OPO's region | MELD/PELD of 39 and compatible blood type |
| 27 | OPO's DSA | MELD/PELD of 38 and compatible blood type |
| 28 | OPO's region | MELD/PELD of 38 and compatible blood type |
| 29 | OPO's DSA | MELD/PELD of 37 and compatible blood type |
| 30 | OPO's region | MELD/PELD of 37 and compatible blood type |
| 31 | OPO's DSA | MELD/PELD of 36 and compatible blood type |
| 32 | OPO's region | MELD/PELD of 36 and compatible blood type |
| 33 | OPO's DSA | MELD/PELD of 35 and compatible blood type |
| 34 | OPO's region | MELD/PELD of 35 and compatible blood type |
| 35 | OPO's DSA | MELD/PELD of at least 15 and compatible blood type |
| 36 | OPO's region | MELD/PELD of at least 15 and compatible blood type |
| 37 | Nation | MELD/PELD of at least 15 and compatible blood type |
| 38 | OPO's DSA | MELD/PELD less than 15 and compatible blood type |
| 39 | OPO's region | MELD/PELD less than 15 and compatible blood type |
| 40 | Nation | MELD/PELD less than 15 and compatible blood type |
| 41 | OPO's DSA | Adult or pediatric status 1A and in need of other method of hepatic support |

| ~~Classification~~ | ~~Candidates that are within the:~~ | ~~And are:~~ |
|---|---|---|
| ~~42~~ | ~~OPO's DSA~~ | ~~Pediatric status 1B and in need of other method of hepatic support~~ |
| ~~43~~ | ~~OPO's DSA~~ | ~~Any MELD/PELD and in need of other method of hepatic support~~ |
| ~~44~~ | ~~OPO's region~~ | ~~Adult or pediatric status 1A and in need of other method of hepatic support~~ |
| ~~45~~ | ~~OPO's region~~ | ~~Pediatric status 1B and in need of other method of hepatic support~~ |
| ~~46~~ | ~~OPO's region~~ | ~~Any MELD/PELD and in need of other method of hepatic support~~ |
| ~~47~~ | ~~Nation~~ | ~~Adult or pediatric status 1A and in need of other method of hepatic support~~ |
| ~~48~~ | ~~Nation~~ | ~~Pediatric status 1B and in need of other method of hepatic support~~ |
| ~~49~~ | ~~Nation~~ | ~~Any MELD/PELD and in need of other method of hepatic support~~ |
| ~~50~~ | ~~OPO's DSA~~ | ~~Any MELD/PELD in need of other method of hepatic support, and a blood type compatible with the donor~~ |
| ~~51~~ | ~~OPO's region~~ | ~~Any MELD/PELD in need of other method of hepatic support, and blood type compatible with the donor~~ |
| ~~52~~ | ~~Nation~~ | ~~Any MELD/PELD in need of other method of hepatic support, and blood type compatible with the donor~~ |

| Classification | Candidates that are within the OPO's: | And are: |
|---|---|---|
| 1 | Region or Circle | Adult or pediatric status 1A |
| 2 | Region or Circle | Pediatric status 1B |
| 3 | Region or Circle | Any of the following:<br>• At least 18 years old at time of registration and calculated MELD of at least 32 including proximity points<br>• At least 18 years old at time of registration and has an approved HAT exception<br>• Less than 18 years old at time of registration and allocation MELD or PELD of at least 32 including proximity points |
| 4 | DSA | MELD or PELD of at least 15 |
| 5 | Region or Circle | MELD or PELD of at least 15 |
| 6 | Nation | Adult or pediatric status 1A |
| 7 | Nation | Pediatric status 1B |
| 8 | Nation | MELD or PELD of at least 15 |

OPTN/UNOS Policy Notice

| Classification | Candidates that are within the OPO's: | And are: |
|---|---|---|
| 9 | DSA | MELD or PELD less than 15 |
| 10 | Region or Circle | MELD or PELD less than 15 |
| 11 | Nation | MELD or PELD less than 15 |
| 12 | Region or Circle | MELD or PELD of at least 32, blood type compatible |
| 13 | DSA | MELD or PELD of at least 15, blood type compatible |
| 14 | Region or Circle | MELD or PELD of at least 15, blood type compatible |
| 15 | Nation | MELD or PELD of at least 15, blood type compatible |
| 16 | DSA | MELD or PELD less than 15, blood type compatible |
| 17 | Region or Circle | MELD or PELD less than 15, blood type compatible |
| 18 | Nation | MELD or PELD less than 15, blood type compatible |
| 19 | DSA | Adult or pediatric status 1A, and in need of other method of hepatic support |
| 20 | DSA | Pediatric status 1B and in need of other method of hepatic support |
| 21 | DSA | Any MELD or PELD, and in need of other method of hepatic support |
| 22 | Region or Circle | Adult or pediatric status 1A, and in need of other method of hepatic support |
| 23 | Region or Circle | Pediatric status 1B and in need of other method of hepatic support |
| 24 | Region or Circle | Any MELD or PELD, and in need of other method of hepatic support |
| 25 | Nation | Adult or pediatric status 1A, and in need of other method of hepatic support |
| 26 | Nation | Pediatric status 1B and in need of other method of hepatic support |
| 27 | Nation | Any MELD or PELD, and in need of other method of hepatic support |
| 28 | DSA | Any MELD or PELD, and in need of other method of hepatic support, blood type compatible |
| 29 | Region or Circle | Any MELD or PELD, and in need of other method of hepatic support, blood type compatible |
| 30 | Nation | Any MELD or PELD, and in need of other method of hepatic support, blood type compatible |

## 9.8.FG    Allocation of Livers from <u>Non-DCD</u> Deceased Donors 11 to 17 Years Old

Livers from <u>non-DCD</u> deceased donors 11 to 17 years old are allocated to candidates according to *Table 9-4<u>5</u>* below.

**Table 9-4<u>5</u>: Allocation of Livers from <u>Non-DCD</u> Deceased Donors 11 to 17 Years Old**

| Classification | Candidates that are within the: | And are: |
|---|---|---|
| 1 | OPO's DSA | Pediatric status 1A |
| 2 | OPO's region | Pediatric status 1A |
| 3 | OPO's DSA | Adult status 1A |
| 4 | OPO's region | Adult status 1A |
| 5 | OPO's DSA | Pediatric status 1B |
| 6 | OPO's region | Pediatric status 1B |
| 7 | OPO's DSA or region | Any PELD |
| 8 | OPO's DSA | MELD of at least 15 and 12 to 17 years old |
| 9 | OPO's DSA | MELD of at least 15 and at least 18 years old |
| 10 | OPO's region | MELD of at least 15 and 12 to 17 years old |
| 11 | OPO's region | MELD of at least 15 and at least 18 years old |
| 12 | OPO's DSA | MELD less than 15 and 12 to 17 years old |
| 13 | OPO's DSA | MELD less than 15 and at least 18 years old |
| 14 | OPO's region | MELD less than 15 and 12 to 17 years old |
| 15 | OPO's region | MELD less than 15 and at least 18 years old |
| 16 | Nation | Pediatric status 1A |
| 17 | Nation | Adult status 1A |
| 18 | Nation | Pediatric status 1B |
| 19 | Nation | Any PELD |
| 20 | Nation | Any MELD and 12 to 17 years old |
| 21 | Nation | Any MELD and at least 18 years old |
| 22 | OPO's region | Any PELD, and compatible blood type |
| 23 | OPO's DSA | MELD at least 15, 12 to 17 years old, and Compatible blood type |
| 24 | OPO's DSA | MELD at least 15, at least 18 years old, and compatible blood type |
| 25 | OPO's region | MELD at least 15, 12 to 17 years old, and compatible blood type |
| 26 | OPO's region | MELD at least 15, at least 18 years old, and compatible blood type |
| 27 | OPO's DSA | MELD less than 15, 12 to 17 years old, and compatible blood type |

| Classification | ~~Candidates that are within the:~~ | ~~And are:~~ |
|---|---|---|
| ~~28~~ | ~~OPO's DSA~~ | ~~MELD less than 15, at least 18 years old, and compatible blood type~~ |
| ~~29~~ | ~~OPO's region~~ | ~~MELD less than 15, 12 to 17 years old, and compatible blood type~~ |
| ~~30~~ | ~~OPO's region~~ | ~~MELD less than 15, at least 18 years old, and compatible blood type~~ |
| ~~31~~ | ~~Nation~~ | ~~0 to 11 years old and compatible blood type~~ |
| ~~32~~ | ~~Nation~~ | ~~12 to 17 years old and compatible blood type~~ |
| ~~33~~ | ~~Nation~~ | ~~Any MELD, at least 18 years old, and compatible blood type~~ |
| ~~34~~ | ~~OPO's DSA~~ | ~~Adult or pediatric status 1A and in need of other method of hepatic support~~ |
| ~~35~~ | ~~OPO's DSA~~ | ~~Pediatric status 1B and in need of other method of hepatic support~~ |
| ~~36~~ | ~~OPO's DSA~~ | ~~Any MELD/PELD and in need of other method of hepatic support~~ |
| ~~37~~ | ~~OPO's region~~ | ~~Adult or pediatric status 1A and in need of other method of hepatic support~~ |
| ~~38~~ | ~~OPO's region~~ | ~~Pediatric status 1B and in need of other method of hepatic support~~ |
| ~~39~~ | ~~OPO's region~~ | ~~Any MELD/PELD and in need of other method of hepatic support~~ |
| ~~40~~ | ~~Nation~~ | ~~Adult or pediatric status 1A and in need of other method of hepatic support~~ |
| ~~41~~ | ~~Nation~~ | ~~Pediatric status 1B and in need of other method of hepatic support~~ |
| ~~42~~ | ~~Nation~~ | ~~Any MELD/PELD and in need of other method of hepatic support~~ |
| ~~43~~ | ~~OPO's DSA~~ | ~~Any MELD/PELD in need of other method of hepatic support, and compatible blood type~~ |
| ~~44~~ | ~~OPO's region~~ | ~~Any MELD/PELD in need of other method of hepatic support, and compatible blood type~~ |
| ~~45~~ | ~~Nation~~ | ~~Any MELD/PELD in need of other method of hepatic support, and compatible blood type~~ |

| Classification | Candidates that are within the OPO's: | And are: |
|---|---|---|
| 1 | Region or Circle | Pediatric status 1A |
| 2 | Region or Circle | Adult status 1A |
| 3 | Region or Circle | Pediatric status 1B |
| 4 | Region or Circle | Any PELD |
| 5 | Region or Circle | MELD of at least 15 and 12 to 17 years old |

| Classification | Candidates that are within the OPO's: | And are: |
|---|---|---|
| 6 | Region or Circle | MELD of at least 15 and at least 18 years old |
| 7 | Region or Circle | MELD less than 15 and 12 to 17 years old |
| 8 | Region or Circle | MELD less than 15 and at least 18 years old |
| 9 | Nation | Pediatric status 1A |
| 10 | Nation | Adult status 1A |
| 11 | Nation | Pediatric status 1B |
| 12 | Nation | Any PELD |
| 13 | Nation | Any MELD and 12 to 17 years old |
| 14 | Nation | Any MELD and at least 18 years old |
| 15 | Region or Circle | Any PELD and blood type compatible |
| 16 | Region or Circle | MELD at least 15, 12 to 17 years old, and blood type compatible |
| 17 | Region or Circle | MELD at least 15, at least 18 years old, and blood type compatible |
| 18 | Region or Circle | MELD less than 15, 12 to 17 years old, and blood type compatible |
| 19 | Region or Circle | MELD less than 15, at least 18 years old, and blood type compatible |
| 20 | Nation | Any PELD and blood type compatible |
| 21 | Nation | Any MELD, 12 to 17 years old, and blood type compatible |
| 22 | Nation | Any MELD, at least 18 years old, and blood type compatible |
| 23 | Region or Circle | Adult or pediatric status 1A, and in need of other method of hepatic support |
| 24 | Region or Circle | Pediatric status 1B and in need of other method of hepatic support |
| 25 | Region or Circle | Any MELD or PELD, and in need of other method of hepatic support |
| 26 | Nation | Adult or pediatric status 1A, and in need of other method of hepatic support |
| 27 | Nation | Pediatric status 1B and in need of other method of hepatic support |
| 28 | Nation | Any MELD or PELD, and in need of other method of hepatic support |
| 29 | Region or Circle | Any MELD or PELD, in need of other method of hepatic support, and blood type compatible |
| 30 | Nation | Any MELD or PELD, in need of other method of hepatic support, and blood type compatible |

## 9.8.GH   Allocation of Livers from Non-DCD Deceased Donors Less than 11 Years Old

Livers from non-DCD donors less than 11 years old are allocated to candidates according to *Table 9-56* below.

**Table 9-56: Allocation of Livers from Non-DCD Deceased Donors less than 11 Years Old**

| Classification | Candidates that are within the… | And are… |
|---|---|---|
| 1 | OPO's region | Pediatric status 1A |
| 2 | Nation | Pediatric status 1A (0-11) |
| 3 | OPO's DSA | Adult status 1A |
| 4 | OPO's Region | Adult status 1A |
| 5 | OPO's Region | Pediatric status 1B |
| 6 | OPO's Region | Any PELD |
| 7 | OPO's DSA | MELD of at least 15 and 12 to 17 years old |
| 8 | OPO's DSA | MELD of at least 15 and at least 18 years old |
| 9 | OPO's Region | MELD of at least 15 and at least 12 to 17 years old |
| 10 | OPO's Region | MELD of at least 15 and at least 18 years old |
| 11 | OPO's DSA | MELD less than 15 and 12 to 17 years old |
| 12 | OPO's DSA | MELD less than 15 and at least 18 years old |
| 13 | OPO's Region | MELD less than 15 and 12 to 17 years old |
| 14 | OPO's Region | MELD less than 15 and at least 18 years old |
| 15 | Nation | Status 1A and 12 to 17 years old |
| 16 | Nation | Status 1A and at least 18 years old |
| 17 | Nation | Status 1B and 0 to 17 years old |
| 18 | Nation | Any PELD |
| 19 | Nation | Any MELD and 12 to 17 years old |
| 20 | Nation | Any MELD and at least 18 years old |
| 21 | OPO's Region | Any PELD and compatible blood type |
| 22 | OPO's DSA | MELD of at least 15, 12 to 17 years old, and compatible blood type |
| 23 | OPO's DSA | MELD of at least 15, at least 18 years old, and compatible blood type |
| 24 | OPO's Region | MELD of at least 15, 12 to 17 years old, and compatible blood type |
| 25 | OPO's Region | MELD of at least 15, at least 18 years old, and compatible blood type |
| 26 | OPO's DSA | MELD less than 15, 12 to 17 years old, and compatible blood type |
| 27 | OPO's DSA | MELD less than 15, at least 18 years old, and compatible blood type |

OPTN/UNOS Policy Notice

| Classification | Candidates that are within the… | And are… |
|---|---|---|
| 28 | Region | MELD less than 15, 12 to 17 years old, and compatible blood type |
| 29 | Region | MELD less than 15, at least 18 years old, and compatible blood type |
| 30 | Nation | Any PELD and compatible blood type |
| 31 | Nation | Any MELD, 12 to 17 years old, and compatible blood type |
| 32 | Nation | Any MELD, at least 18 years old, and compatible blood type |
| 33 | OPO's DSA | Adult or pediatric status 1A and in need of other method of hepatic support |
| 34 | OPO's DSA | Pediatric status 1B and in need of other method of hepatic support |
| 35 | OPO's DSA | Any MELD/PELD and in need of other method of hepatic support |
| 36 | OPO's region | Adult or pediatric status 1A and in need of other method of hepatic support |
| 37 | OPO's region | Pediatric status 1B and in need of other method of hepatic support |
| 38 | OPO's region | Any MELD/PELD, any age, and in need of other method of hepatic support |
| 39 | Nation | Adult or pediatric status 1A and in need of other method of hepatic support |
| 40 | Nation | Pediatric status 1B and in need of other method of hepatic support |
| 41 | Nation | Any MELD/PELD, any age, and in need of other method of hepatic support |
| 42 | OPO's DSA | Any MELD/PELD, any age, in need of other method of hepatic support, and compatible blood type |
| 43 | OPO's region | Any MELD/PELD, any age, in need of other method of hepatic support, and compatible blood type |
| 44 | Nation | Any MELD/PELD, any age, in need of other method of hepatic support, and compatible blood type |

| Classification | Candidates that are within the OPO's: | And are… |
|---|---|---|
| 1 | Region or Circle | Pediatric status 1A |
| 2 | Nation | Pediatric status 1A and 0 to 11 years old |
| 3 | Region or Circle | Adult status 1A |
| 4 | Region or Circle | Pediatric status 1B |
| 5 | Region or Circle | Any PELD |

OPTN/UNOS Policy Notice

| Classification | Candidates that are within the OPO's: | And are… |
|---|---|---|
| 6 | Region or Circle | MELD of at least 15 and 12 to 17 years old |
| 7 | Region or Circle | MELD of at least 15 and at least 18 years old |
| 8 | Region or Circle | MELD less than 15 and 12 to 17 years old |
| 9 | Region or Circle | MELD less than 15 and at least 18 years old |
| 10 | Nation | Pediatric status 1A and 12 to 17 years old |
| 11 | Nation | Adult status 1A |
| 12 | Nation | Pediatric status 1B and 0 to 17 years old |
| 13 | Nation | Any PELD |
| 14 | Nation | Any MELD and 12 to 17 years old |
| 15 | Nation | Any MELD and at least 18 years old |
| 16 | Region or Circle | Any PELD and compatible blood type |
| 17 | Region or Circle | MELD of at least 15, 12 to 17 years old and blood type compatible |
| 18 | Region or Circle | MELD of at least 15, at least 18 years old and blood type compatible |
| 19 | Region or Circle | MELD less than 15, 12 to 17 years old and blood type compatible |
| 20 | Region or Circle | MELD less than 15, at least 18 years old, and blood type compatible |
| 21 | Nation | Any PELD and blood type compatible |
| 22 | Nation | Any MELD, 12 to 17 years old, and blood type compatible |
| 23 | Nation | Any MELD, at least 18 years old, and blood type compatible |
| 24 | Region or Circle | Adult or pediatric status 1A, and in need of other method of hepatic support |
| 25 | Region or Circle | Pediatric status 1B and in need of other method of hepatic support |
| 26 | Region or Circle | Any MELD or PELD, and in need of other method of hepatic support |
| 27 | Nation | Adult or pediatric status 1A, and in need of other method of hepatic support |
| 28 | Nation | Pediatric status 1B and in need of other method of hepatic support |
| 29 | Nation | Any MELD or PELD, and in need of other method of hepatic support |
| 30 | Region or Circle | Any MELD or PELD, and in need of other method of hepatic support, and blood type compatible |
| 31 | Nation | Any MELD or PELD, and in need of other method of hepatic support, and blood type compatible |

### 9.8.I    Allocation of Livers and Liver-Intestines from DCD Donors or Donors at Least 70 Years Old

Livers and liver-intestines from DCD donors or donors at least 70 years old are allocated to candidates according to *Table 9-7* below.

**Table 9-7: Allocation of Livers and liver-intestines from DCD Donors or Donors at Least 70 Years Old**

| Classification | Candidates that are within the OPO's: | And are: |
|---|---|---|
| 1 | Region or Circle | Adult or Pediatric status 1A |
| 2 | Region or Circle | Pediatric status 1B |
| 3 | DSA | MELD or PELD of at least 15 |
| 4 | Region or Circle | MELD or PELD of at least 15 |
| 5 | Nation | Adult or Pediatric status 1A |
| 6 | Nation | Pediatric status 1B |
| 7 | Nation | MELD or PELD of at least 15 |
| 8 | DSA | MELD or PELD less than 15 |
| 9 | Region or Circle | MELD or PELD less than 15 |
| 10 | Nation | MELD or PELD less than 15 |
| 11 | DSA | MELD or PELD of at least 15, and blood type compatible |
| 12 | Region or Circle | MELD or PELD of at least 15, and blood type compatible |
| 13 | Nation | MELD or PELD of at least 15, and blood type compatible |
| 14 | DSA | MELD or PELD less than 15, and blood type compatible |
| 15 | Region or Circle | MELD or PELD less than 15, and blood type compatible |
| 16 | Nation | MELD or PELD less than 15, and blood type compatible |
| 17 | DSA | Adult or pediatric status 1A, and in need of other method of hepatic support |
| 18 | DSA | Pediatric status 1B and in need of other method of hepatic support |
| 19 | DSA | Any MELD or PELD, and in need of other method of hepatic support |
| 20 | Region or Circle | Adult or pediatric status 1A, and in need of other method of hepatic support |
| 21 | Region or Circle | Pediatric status 1B and in need of other method of hepatic support |
| 22 | Region or Circle | Any MELD or PELD, and in need of other method of hepatic support |

| Classification | Candidates that are within the OPO's: | And are: |
|---|---|---|
| 23 | Nation | Adult or pediatric status 1A, and in need of other method of hepatic support |
| 24 | Nation | Pediatric status 1B and in need of other method of hepatic support |
| 25 | Nation | Any MELD or PELD, and in need of other method of hepatic support |
| 26 | DSA | Any MELD or PELD, and in need of other method of hepatic support, and blood type compatible |
| 27 | Region or Circle | Any MELD or PELD, and in need of other method of hepatic support, and blood type compatible |
| 28 | Nation | Any MELD or PELD, and in need of other method of hepatic support, and blood type compatible |

## 9.8.HJ Allocation of Liver-Intestines from Non-DCD Deceased Donors at Least 18 Years Old and Less than 70 years old

Livers and intestines from non-DCD deceased donors at least 18 years old and less than 70 years old are allocated to candidates according to *Table 9-68* below:

Table 9-68: Allocation of Liver-Intestines from Non-DCD Deceased Donors at Least 18 Years Old

| Classification | Candidates that are within the: | And are: |
|---|---|---|
| 1 | OPO's region | Liver or liver-intestine, adult or pediatric status 1A |
| 2 | OPO's region | Liver or liver-intestine, pediatric status 1B |
| 3 | OPO's DSA | Liver or liver-intestine, MELD/PELD of 40 |
| 4 | OPO's region | Liver or liver-intestine, MELD/PELD of 40 |
| 5 | OPO's DSA | Liver or liver-intestine, MELD/PELD of 39 |
| 6 | OPO's region | Liver or liver-intestine, MELD/PELD of 39 |
| 7 | OPO's DSA | Liver or liver-intestine, MELD/PELD of 38 |
| 8 | OPO's region | Liver or liver-intestine, MELD/PELD of 38 |
| 9 | OPO's DSA | Liver or liver-intestine, MELD/PELD of 37 |
| 10 | OPO's region | Liver or liver-intestine, MELD/PELD of 37 |
| 11 | OPO's DSA | Liver or liver-intestine, MELD/PELD of 36 |
| 12 | OPO's region | Liver or liver-intestine, MELD/PELD of 36 |
| 13 | OPO's DSA | Liver or liver-intestine, MELD/PELD of 35 |
| 14 | OPO's region | Liver or liver-intestine, MELD/PELD of 35 |
| 15 | OPO's DSA | Liver or liver-intestine, MELD/PELD of at least 29 |
| 16 | Nation | Liver or liver-intestine, LI/IN status 1A |

OPTN/UNOS Policy Notice

| Classification | Candidates that are within the: | And are: |
|---|---|---|
| 17 | Nation | Liver or liver-intestine, LI/IN status 1B |
| 18 | Nation | Liver or liver-intestine, LI/IN MELD/PELD (highest to lowest) |
| 19 | OPO's DSA | Liver or liver-intestine, MELD/PELD of at least 15 |
| 20 | OPO's region | Liver or liver-intestine, MELD/PELD less than 15 |
| 21 | Nation | Liver or liver-intestine, adult or pediatric status 1A |
| 22 | Nation | Liver or liver-intestine, pediatric status 1B |
| 23 | Nation | Liver or liver-intestine, MELD/PELD of at least 15 |
| 24 | OPO's DSA | Liver or liver-intestine, MELD/PELD less than 15 |
| 25 | OPO's region | Liver or liver-intestine, MELD/PELD less than 15 |
| 26 | Nation | Liver or liver-intestine, MELD/PELD less than 15 |
| 27 | OPO's DSA | Liver or liver-intestine, MELD/PELD at least 40 and compatible blood type |
| 28 | OPO's region | Liver or liver-intestine, MELD/PELD at least 40 and compatible blood type |
| 29 | OPO's DSA | Liver or liver-intestine, MELD/PELD of 39 and compatible blood type |
| 30 | OPO's region | Liver or liver-intestine, MELD/PELD of 39 and compatible blood type |
| 31 | OPO's DSA | Liver or liver-intestine, MELD/PELD of 38 and compatible blood type |
| 32 | OPO's region | Liver or liver-intestine, MELD/PELD of 38 and compatible blood type |
| 33 | OPO's DSA | Liver or liver-intestine, MELD/PELD of 37 and compatible blood type |
| 34 | OPO's region | Liver or liver-intestine, MELD/PELD of 37 and compatible blood type |
| 35 | OPO's DSA | Liver or liver-intestine, MELD/PELD of 36 and compatible blood type |
| 36 | OPO's region | Liver or liver-intestine, MELD/PELD of 36 and compatible blood type |
| 37 | OPO's DSA | Liver or liver-intestine, MELD/PELD of 35 and compatible blood type |
| 38 | OPO's region | Liver or liver-intestine, MELD/PELD of 35 and compatible blood type |
| 39 | OPO's DSA | Liver or liver-intestine, MELD/PELD of at least 15 and compatible blood type |
| 40 | OPO's region | Liver or liver-intestine, MELD/PELD of at least 15 and compatible blood type |

| Classification | Candidates that are within the: | And are: |
|---|---|---|
| 41 | Nation | Liver or liver-intestine, MELD/PELD of at least 15 and compatible blood type |
| 42 | OPO's DSA | Liver or liver-intestine, MELD/PELD less than 15 and compatible blood type |
| 43 | OPO's region | Liver or liver-intestine, MELD/PELD less than 15 and compatible blood type |
| 44 | Nation | Liver or liver-intestine, MELD/PELD less than 15 and compatible blood type |
| 45 | OPO's DSA | Liver or liver-intestine, adult or pediatric status 1A and in need of other method of hepatic support |
| 46 | OPO's DSA | Liver or liver-intestine, pediatric status 1B and in need of other method of hepatic support |
| 47 | OPO's DSA | Liver or liver-intestine, any MELD/PELD and in need of other method of hepatic support |
| 48 | OPO's region | Liver or liver-intestine, adult or pediatric status 1A and in need of other method of hepatic support |
| 49 | OPO's region | Liver or liver-intestine, pediatric status 1B and in need of other method of hepatic support |
| 50 | OPO's region | Liver or liver-intestine, any MELD/PELD and in need of other method of hepatic support |
| 51 | Nation | Liver or liver-intestine, adult or pediatric status 1A and in need of other method of hepatic support |
| 52 | Nation | Liver or liver-intestine, pediatric status 1B and in need of other method of hepatic support |
| 53 | Nation | Liver or liver-intestine, any MELD/PELD and in need of other method of hepatic support |
| 54 | OPO's DSA | Liver or liver-intestine, any MELD/PELD in need of other method of hepatic support, and a blood type compatible with the donor |
| 55 | OPO's region | Liver or liver-intestine, any MELD/PELD in need of other method of hepatic support, and blood type compatible with the donor |
| 56 | Nation | Liver or liver-intestine, any MELD/PELD in need of other method of hepatic support, and blood type compatible with the donor |

| Classification | Candidates that are within the OPO's: | And are: |
|---|---|---|
| 1 | Region or Circle | Liver or liver-intestine and adult or pediatric status 1A |
| 2 | Region or Circle | Liver or liver-intestine and pediatric status 1B |

| Classification | Candidates that are within the OPO's: | And are: |
|---|---|---|
| **3** | Region or Circle | Liver or liver-intestine and any of the following:<br>• At least 18 years old at time of registration and calculated MELD of at least 32 including proximity points<br>• At least 18 years old at time of registration and has an approved HAT exception<br>• Less than 18 years old at time of registration and allocation MELD or PELD of at least 32 including proximity points |
| **4** | Nation | Liver-intestine and adult or pediatric status 1A |
| **5** | Nation | Liver-intestine and pediatric status 1B |
| **6** | Nation | Liver-intestine and any MELD or PELD |
| **7** | DSA | Liver and MELD or PELD of at least 15 |
| **8** | Region or Circle | Liver and MELD or PELD of at least 15 |
| **9** | Nation | Liver and adult or pediatric status 1A |
| **10** | Nation | Liver and pediatric status 1B |
| **11** | Nation | Liver and MELD or PELD of at least 15 |
| **12** | DSA | Liver and MELD or PELD less than 15 |
| **13** | Region or Circle | Liver and MELD or PELD less than 15 |
| **14** | Nation | Liver and MELD or PELD less than 15 |
| **15** | Region or Circle | Liver or liver-intestine, MELD or PELD of at least 32, and blood type compatible |
| **16** | Nation | Liver-intestine, any MELD or PELD, and blood type compatible |
| **17** | DSA | Liver, MELD or PELD of at least 15, and blood type compatible |
| **18** | Region or Circle | Liver, MELD or PELD of at least 15, and blood type compatible |
| **19** | Nation | Liver, MELD or PELD of at least 15, and blood type compatible |
| **20** | DSA | Liver, MELD or PELD less than 15, and blood type compatible |
| **21** | Region or Circle | Liver, MELD or PELD less than 15, and blood type compatible |
| **22** | Nation | Liver, MELD or PELD less than 15, and blood type compatible |
| **23** | DSA | Liver or liver-intestine, adult or pediatric status 1A, and in need of other method of hepatic support |
| **24** | DSA | Liver or liver-intestine, pediatric status 1B, and in need of other method of hepatic support |
| **25** | DSA | Liver or liver-intestine, any MELD or PELD, and in need of other method of hepatic support |

| Classification | Candidates that are within the OPO's: | And are: |
|---|---|---|
| 26 | Region or Circle | Liver or liver-intestine, adult or pediatric status 1A, and in need of other method of hepatic support |
| 27 | Region or Circle | Liver or liver-intestine, pediatric status 1B, and in need of other method of hepatic support |
| 28 | Region or Circle | Liver or liver-intestine, any MELD or PELD, and in need of other method of hepatic support |
| 29 | Nation | Liver or liver-intestine, adult or pediatric status 1A, and in need of other method of hepatic support |
| 30 | Nation | Liver or liver-intestine, pediatric status 1B, and in need of other method of hepatic support |
| 31 | Nation | Liver or liver-intestine, any MELD or PELD, and in need of other method of hepatic support |
| 32 | DSA | Liver or liver-intestine, any MELD or PELD, in need of other method of hepatic support, and blood type compatible |
| 33 | Region or Circle | Liver or liver-intestine, any MELD or PELD, in need of other method of hepatic support, and blood type compatible |
| 34 | Nation | Liver or liver-intestine, any MELD or PELD, in need of other method of hepatic support, and blood type compatible |

### 9.6.J   Allocation of Liver-Intestine from Donors at Least 11 Years of age

For combined liver-intestine allocation from donors at least 11 years of age, the liver must first be offered as follows:

1.   According to *Policy 9.6.F: Allocation of Livers from Deceased Donors 11 to 17 Years Old*
2.   Sequentially to *each* potential liver recipient, including all MELD/PELD potential recipients, through national Status 1A and 1B offers

The liver may then be offered to combined liver-intestine potential recipients sequentially according to the intestine match run.

### 9.8.K   Allocation of Liver-Intestines from Non-DCD Donors 11 to 17 Years Old

For combined liver-intestine allocation from non-DCD donors 11 to 17 years old, the liver must first be offered as follows:

1.   According to *Policy 9.8.G: Allocation of Livers from Non-DCD Deceased Donors 11 to 17 Years Old*
2.   Sequentially to *each* liver candidate, including all MELD and PELD candidates, through national status 1A and 1B offers

The liver may then be offered to combined liver-intestine potential recipients sequentially according to the intestine match run.

### 9.8.IL    Allocation of Liver-Intestines from <u>Non-DCD</u> Donors less than 11 Years Old

Livers and intestines from <u>non-DCD</u> donors less than 11 years old are allocated to candidates according to *Table 9-79* below.

**Table 9-79: Allocation of Combined Liver-Intestines from <u>Non-DCD</u> Donors less than 11 Years Old**

| Classification | Candidates that are within the: | And are: |
|---|---|---|
| **The following classifications appear for all blood types** | | |
| 1 | OPO's region | Liver or liver-intestine, Pediatric Status 1A |
| 2 | Nation | Liver or liver-intestine, Pediatric Status 1A, and 0 to less than 12 years of age |
| 3 | Nation | Liver-intestine, Pediatric Status 1A, and 12 to less than 18 years of age |
| 4 | OPO's DSA | Liver or liver-intestine, Adult Status 1A |
| 5 | OPO's region | Liver or liver-intestine, Adult Status 1A |
| 6 | OPO's region | Liver or liver-intestine, Pediatric Status 1B |
| 7 | OPO's region | Liver or liver-intestine, PELD greater than 20, and 0 to less than 12 years of age |
| 8 | Nation | Liver-intestine, Pediatric Status 1B |
| 9 | Nation | Liver-intestine, PELD greater than 20 |
| 10 | OPO's region | Liver or liver-intestine, PELD of less than 21 |
| 11 | OPO's DSA | Liver or liver-intestine, MELD of at least 15, and 12 to less than 18 years of age |
| 12 | OPO's DSA | Liver or liver-intestine, MELD of at least 15, and at least 18 years of age |
| 13 | OPO's region | Liver or liver-intestine, MELD of at least 15, and 12 to less than 18 years of age |
| 14 | OPO's region | Liver or liver-intestine, MELD of at least 15, and at least 18 years of age |
| 15 | OPO's DSA | Liver or liver-intestine, MELD less than 15, and 12 to less than 18 years of age |
| 16 | OPO's DSA | Liver or liver-intestine, MELD less than 15, and at least 18 years of age |
| 17 | OPO's region | Liver or liver-intestine, MELD less than 15, and 12 to less than 18 years of age |
| 18 | OPO's region | Liver or liver-intestine, MELD less than 15, and at least 18 years of age |

| Classification | Candidates that are within the: | And are: |
|---|---|---|
| 19 | Nation | Liver, Pediatric Status 1A, and 12 to less than 18 years of age |
| 20 | Nation | Liver or liver-intestine, Adult Status 1A |
| 21 | Nation | Liver, Pediatric Status 1B |
| 22 | Nation | Liver or liver-intestine, with any PELD |
| 23 | Nation | Liver or liver-intestine, with any MELD/PELD, and 12 to less than 18 years of age |
| 24 | Nation | Liver or liver-intestine, with any MELD, and at least 18 years of age |
| **The following classifications only appear on O blood type donor matches** | | |
| 25 | OPO's region | Liver or liver-intestine, with any PELD, and compatible blood type match with the donor |
| 26 | OPO's DSA | Liver or liver-intestine, MELD of at least 15, 12 to less than 18 years of age, and compatible blood type match with the donor |
| 27 | OPO's DSA | Liver or liver-intestine, MELD of at least 15, at least 18 years of age, and compatible blood type match with the donor |
| 28 | OPO's region | Liver or liver-intestine, MELD of at least 15, 12 to less than 18 years of age, and compatible blood type match with the donor |
| 29 | OPO's region | Liver or liver-intestine, MELD of at least 15, at least 18 years of age, and compatible blood type match with the donor |
| 30 | OPO's DSA | Liver or liver-intestine, MELD less than 15, 12 to less than 18 years of age, and compatible blood type match with the donor |
| 31 | OPO's DSA | Liver or liver-intestine, MELD less than 15, at least 18 years of age, and compatible blood type match with the donor |
| 32 | OPO's region | Liver or liver-intestine, MELD less than 15, 12 to less than 18 years of age, and compatible blood type match with the donor |
| 33 | OPO's region | Liver or liver-intestine, MELD less than 15, at least 18 years of age, and compatible blood type match with the donor |
| 34 | Nation | Liver or liver-intestine, with any PELD, and compatible blood type match with the donor |

| ~~Classification~~ | ~~Candidates that are within the:~~ | ~~And are:~~ |
|---|---|---|
| ~~35~~ | ~~Nation~~ | ~~Liver or liver-intestine, with any MELD, 12 to less than 18 years of age, and compatible blood type match with the donor~~ |
| ~~36~~ | ~~Nation~~ | ~~Liver or liver-intestine, with any MELD, at least 18 years of age, and compatible blood type match with the donor~~ |
| ~~The following classifications appear for all blood types~~ | | |
| ~~37~~ | ~~OPO's DSA~~ | ~~Liver or liver-intestine, Adult or Pediatric Status 1A, and in need of other method of hepatic support~~ |
| ~~38~~ | ~~OPO's DSA~~ | ~~Liver or liver-intestine, Pediatric Status 1B, and in need of other method of hepatic support~~ |
| ~~39~~ | ~~OPO's DSA~~ | ~~Liver or liver-intestine, with any MELD/PELD, and in need of other method of hepatic support~~ |
| ~~40~~ | ~~OPO's region~~ | ~~Liver or liver-intestine, Adult or Pediatric Status 1A, and in need of other method of hepatic support~~ |
| ~~41~~ | ~~OPO's region~~ | ~~Liver or liver-intestine, Pediatric Status 1B, and in need of other method of hepatic support~~ |
| ~~42~~ | ~~OPO's region~~ | ~~Liver or liver-intestine, with any MELD/PELD, and in need of other method of hepatic support~~ |
| ~~43~~ | ~~Nation~~ | ~~Liver or liver-intestine, Adult or Pediatric Status 1A, and in need of other method of hepatic support~~ |
| ~~44~~ | ~~Nation~~ | ~~Liver or liver-intestine, Pediatric Status 1B, and in need of other method of hepatic support~~ |
| ~~45~~ | ~~Nation~~ | ~~Liver or liver-intestine, with any MELD/PELD, and in need of other method of hepatic support~~ |
| ~~The following classifications only appear on O blood type donor matches~~ | | |
| ~~46~~ | ~~OPO's DSA~~ | ~~Liver or liver-intestine, with any MELD/PELD, in need of other method of hepatic support, and compatible blood type match with the donor~~ |
| ~~47~~ | ~~OPO's region~~ | ~~Liver or liver-intestine, with any MELD/PELD, in need of other method of hepatic support, and compatible blood type match with the donor~~ |

| ~~Classification~~ | ~~Candidates that are within the:~~ | ~~And are:~~ |
|---|---|---|
| ~~48~~ | ~~Nation~~ | ~~Liver or liver-intestine, with any MELD/PELD, in need of other method of hepatic support, and compatible blood type match with the donor~~ |

| Classification | Candidates that are within the OPO's: | And are: |
|---|---|---|
| **1** | Region or Circle | Liver or liver-intestine and pediatric status 1A |
| **2** | Nation | Liver or liver-intestine, pediatric status 1A, and 0 to 11 years old |
| **3** | Nation | Liver-intestine, pediatric status 1A, and 12 to 17 years old |
| **4** | Region or Circle | Liver or liver-intestine and adult status 1A |
| **5** | Region or Circle | Liver or liver-intestine and pediatric status 1B |
| **6** | Region or Circle | Liver or liver-intestine and PELD greater than 20 |
| **7** | Nation | Liver-intestine and pediatric status 1B |
| **8** | Nation | Liver-intestine and PELD greater than 20 |
| **9** | Region or Circle | Liver or liver-intestine and PELD less than or equal to 20 |
| **10** | Region or Circle | Liver or liver-intestine, MELD of at least 15, and 12 to 17 years old |
| **11** | Region or Circle | Liver or liver-intestine, MELD of at least 15, and at least 18 years old |
| **12** | Region or Circle | Liver or liver-intestine, MELD less than 15, and 12 to 17 years old |
| **13** | Region or Circle | Liver or liver-intestine, MELD less than 15, and at least 18 years old |
| **14** | Nation | Liver, pediatric status 1A, and 12 to 17 years old |
| **15** | Nation | Liver or liver-intestine and adult status 1A |
| **16** | Nation | Liver and pediatric status 1B |
| **17** | Nation | Liver or liver-intestine and any PELD |
| **18** | Nation | Liver or liver-intestine, any MELD, and 12 to 17 years old |
| **19** | Nation | Liver or liver-intestine, any MELD, and at least 18 years old |

OPTN/UNOS Policy Notice

| Classification | Candidates that are within the OPO's: | And are: |
|---|---|---|
| 20 | Region or Circle | Liver or liver-intestine, PELD greater than 20, and blood type compatible |
| 21 | Nation | Liver-intestine, PELD greater than 20, and blood type compatible |
| 22 | Region or Circle | Liver or liver-intestine, PELD less than or equal to 20, and blood type compatible |
| 23 | Region or Circle | Liver or liver-intestine, MELD of at least 15, 12 to 17 years old, and blood type compatible |
| 24 | Region or Circle | Liver or liver-intestine, MELD of at least 15, at least 18 years old, and blood type compatible |
| 25 | Region or Circle | Liver or liver-intestine, MELD less than 15, 12 to 17 years old, and blood type compatible |
| 26 | Region or Circle | Liver or liver-intestine, MELD less than 15, at least 18 years old, and blood type compatible |
| 27 | Nation | Liver or liver-intestine, any PELD, and blood type compatible |
| 28 | Nation | Liver or liver-intestine, any MELD, 12 to 17 years old, and blood type compatible |
| 29 | Nation | Liver or liver-intestine, any MELD, at least 18 years old, and blood type compatible |
| 30 | Region or Circle | Liver or liver-intestine, adult or pediatric status 1A, and in need of other method of hepatic support |
| 31 | Region or Circle | Liver or liver-intestine, pediatric status 1B, and in need of other method of hepatic support |
| 32 | Region or Circle | Liver or liver-intestine, any MELD or PELD, and in need of other method of hepatic support |
| 33 | Nation | Liver or liver-intestine, adult or pediatric status 1A, and in need of other method of hepatic support |
| 34 | Nation | Liver or liver-intestine, pediatric status 1B, and in need of other method of hepatic support |
| 35 | Nation | Liver or liver-intestine, any MELD or PELD, and in need of other method of hepatic support |
| 36 | Region or Circle | Liver or liver-intestine, any MELD or PELD, in need of other method of hepatic support, and blood type compatible |
| 37 | Nation | Liver or liver-intestine, any MELD or PELD, in need of other method of hepatic support, and blood type compatible |

Blood type matches for combined liver-intestine allocation are determined according to *Policy 9.6.C: Allocation of Livers by Blood Type.*

[*Cross-references to headings and table captions affected by the re-numbering of this policy will also be changed as necessary.*]

**FURTHER RESOLVED, that changes to Policy 9.11 (Variances), as set forth below, are hereby approved, effective pending implementation and notice to OPTN members.**

## 9.11.B    Closed Variance for Allocation of Blood Type O Deceased Donor Livers in Hawaii

This is a closed variance that applies only to OPOs and transplant programs in Hawaii due to its geographical location. This variance permits the allocation of blood type O deceased donor livers simultaneously to liver candidates within the DSA with compatible blood types in addition to identical blood types.

## 9.11.C    Closed Variance for Allocation of Livers Procured in Region 9

This is a closed variance that applies to livers procured in Region 9. This variance replaces all references to "DSA" with "region" throughout *Policy 9.8: Liver Allocation, Classifications, and Rankings.*

**FURTHER RESOLVED, that the new Policy 9.11.B (Closed Variance for Allocation of Blood Type O Deceased Donor Livers in Hawaii) and 9.11.C (Closed Variance for Allocation of Livers Procured in Region 9) expires two years following implementation.**

**FURTHER RESOLVED, that the following variances, as set forth below, are terminated, effective pending implementation and notice to OPTN members.**

*Region 1-AAS*
*Original Implementation- 8/1/1990*
*Last Modification- 7/9/2008*
Region 1 uses the standard distribution and allocation system with the following exception. The region shares for Status 1 patients on a common regional list. Adult and pediatric donor livers are offered first to Status 1 patients within Region 1, i.e. there are no "OPO LI, Status 1A" or "OPO LI, Status 1B" classifications.

*Region 10-AAS*
*Original Implementation- 1/30/1998*
*Last Modification- 7/9/2008*
Region 10 uses the standard distribution and allocation system for the allocation of livers with the following differences. The region shares for Status 1 patients on a common regional list. Adult and pediatric donor livers are offered first to Status 1 patients within Region 10, i.e. there are no "OPO LI, Status 1A" or "OPO LI, Status 1B" classifications.

#