Jason A. Nagi
Special Assistant Kansas Attorney General
POLSINELLI PC
600 Third Avenue, 42nd Floor
New York, New York 10016
212.644.2092
jnagi@polsinelli.com

Jeffrey A. Chanay (*pro hac vice* to be filed)
Chief Deputy Attorney General
Office of Kansas Attorney General Derek Schmidt
120 SW 10th Ave., 3rd Floor
Topeka, KS 66612-1597
785.368.8485
Jeff.Chanay@ag.kansas.gov

*Attorneys for the State of Kansas*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILNELIA CRUZ, SUSAN JACKSON, DEBORAH MCNEILL, ROBERT NOURSE, LUIS TORRES, and MARILYN WALTO,<br>Plaintiffs,<br>v.<br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, though ALEX M. AZAR II, in his official capacity as Secretary of the United States Department of Health and Human Services,<br>ORGAN PROCUREMENT AND TRANSPLANTATION NETWORK, and UNITED NETWORK FOR ORGAN SHARING,<br>Defendants. | Case No. 18-cv-06371 |

## NOTICE OF MOTION
## FOR LEAVE TO INTERVENE AS DEFENDANT

**PLEASE TAKE NOTICE** that the State of Kansas, by their counsel Polsinelli, P.C., will move this Court for leave to intervene as a defendant as-of-right pursuant to F.R.C.P. 24(a), or, in the alternative, for permissive intervention under F.R.C.P. 24(b).

**PLEASE TAKE FURTHER NOTICE** that the State of Kansas will rely upon the Memorandum of Law submitted concurrently herewith, and upon all pleadings and proceedings on file herein;

**PLEASE TAKE FURTHER NOTICE** that, opposing papers, if any, shall be served at least fourteen (14) days prior to the motion day; and

**PLEASE TAKE FURTHER NOTICE** that, reply affidavits and reply memoranda of law shall be served at least seven (7) days prior to the motion day.

Dated: New York, New York
        July 16, 2018

                            **POLSINELLI PC**

By: */s/ Jason A. Nagi*

                Jason A. Nagi
                Special Assistant Kansas Attorney General
                600 Third Avenue, 42nd Floor
                New York, New York 10016
                212.644.2092
                jnagi@polsinelli.com

                Jeffrey A. Chanay (*pro hac vice* to be submitted)
                Chief Deputy Attorney General
                Office of Kansas Attorney General Derek Schmidt
                120 SW 10th Ave., 3rd Floor
                Topeka, KS 66612-1597
                785.368.8485
                Jeff.Chanay@ag.kansas.gov

                *Attorneys for the State of Kansas*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 16th day of July, 2018, I electronically filed the foregoing

*Notice of Motion for Leave to Intervene* with the Clerk of Court using the ECF which will send

notification of such filing to all counsel of record

/s/ *Jason A. Nagi*

3

64506805