| | |
|---|---|
| Jason A. Nagi<br>POLSINELLI PC<br>600 Third Avenue, 42nd Floor<br>New York, New York 10016<br>212.644.2092<br>jnagi@polsinelli.com | Daniel W. Peters (*pro hac vice* to be filed)<br>General Counsel<br>The University of Kansas Hospital Authority<br>4000 Cambridge Street<br>Kansas City, KS 66160<br>Dpeters2@kumc.edu |

*Attorneys for the University of Kansas Hospital Authority*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILNELIA CRUZ, SUSAN JACKSON, DEBORAH MCNEILL, ROBERT NOURSE, LUIS TORRES, and MARILYN WALTO,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, though ALEX M. AZAR II, in his official capacity as Secretary of the United States Department of Health and Human Services,<br><br>ORGAN PROCUREMENT AND TRANSPLANTATION NETWORK, and<br><br>UNITED NETWORK FOR ORGAN SHARING,<br><br>Defendants. | Case No. 18-cv-06371 |

### NOTICE OF MOTION
### FOR LEAVE TO INTERVENE AS DEFENDANT

**PLEASE TAKE NOTICE** that The University of Kansas Hospital Authority (the "**Hospital Authority**"), by their counsel Polsinelli PC, will move this Court for leave to intervene as a defendant as-of-right pursuant to F.R.C.P. 24(a), or, in the alternative, permissive intervention under F.R.C.P. 24(b).

**PLEASE TAKE FURTHER NOTICE** that the Hospital Authority will rely upon the Memorandum of Law submitted concurrently herewith, and upon all pleadings and proceedings on file herein;

**PLEASE TAKE FURTHER NOTICE** that, opposing papers, if any, shall be served at least fourteen (14) days prior to the motion day; and

**PLEASE TAKE FURTHER NOTICE** that, reply affidavits and reply memoranda of law shall be served at least seven (7) days prior to the motion day.

Dated:  New York, New York
        July 17, 2018

                                                **POLSINELLI PC**

                                By:  */s/ Jason A. Nagi*

                                   Jason A. Nagi
                                   600 Third Avenue, 42nd Floor
                                   New York, New York 10016
                                   212.644.2092
                                   jnagi@polsinelli.com

                                   Daniel W. Peters (*pro hac vice* to be filed)
                                   General Counsel
                                   The University of Kansas Hospital Authority
                                   4000 Cambridge Street
                                   Kansas City, KS 66160
                                   Dpeters2@kumc.edu

                                   *Attorneys for the University of Kansas*
                                   *Hospital Authority*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of July, 2018, I electronically filed the foregoing *Notice of Motion for Leave to Intervene* with the Clerk of Court using the ECF which will send notification of such filing to all counsel of record.

/s/ *Jason A. Nagi*