UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILNELIA CRUZ; SUSAN JACKSON; DEBORAH MCNEILL; ROBERT NOURSE; LUIS TORRES; AND MARILYN WALTO,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES through ALEX M. AZAR II in his official capacity as Secretary of the United States Department of Health and Human Services;<br><br>ORGAN PROCUREMENT AND TRANSPLANTATION NETWORK; and<br><br>UNITED NETWORK FOR ORGAN SHARING,<br><br>Defendants. | Civil Action No.: 18-CV-06371 (AT) |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs

Wilnelia Cruz, Susan Jackson, Deborah McNeill, Robert Nourse, Luis Torres and Marylin

Walto, through their undersigned counsel, give notice that the above captioned action is voluntarily dismissed, without prejudice against all defendants.

Dated:   Armonk, New York
         February 5, 2020

By:      s/*Motty Shulman*
         Motty Shulman
         Evelyn N. Fruchter
         BOIES SCHILLER FLEXNER LLP
         333 Main Street
         Armonk, NY 10504
         914-749-8200
         mshulman@bsfllp.com
         efruchter@bsfllp.com

         *Attorneys for Plaintiffs*